# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| U.S. BANK TRUST NATIONAL ASSOCIATION AS TRUSTEE OF THE TIKI SERIES III TRUST § § § § § | |
| v.  § | CIVIL ACTION NO. 3:21-CV-2614-S-BN |
| § § | |
| TRAVIS MONTELL PATRICK a/k/a DAVID MILLS a/k/a SKYLINE TRUST and ALL OCCUPANTS OF 5170 SKYLINE DRIVE, FRISCO, TEXAS 75034 § § § § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. *See* ECF No. 8. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Accordingly, the Court **REMANDS** this action to the Justice Court of Denton County, TX, Precinct 2, from which it was removed.

For the reasons expressed in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the Court finds that the removal of this action is malicious. Accordingly, the Court **WARNS** the removing parties that further removals of this lawsuit will result in <u>**a monetary sanction of at least $2,000 per removal**</u>, an amount that the Court does not find to be excessive given that (1) the removing parties have already paid $804 to baselessly

remove this action twice and (2) Plaintiff has incurred attorneys' fees to file its Emergency Motion for Immediate Remand due to Defendants' Ongoing Repeated Fraud on the Court [ECF No. 6].

**SO ORDERED.**

SIGNED November 15, 2021.

_____
**UNITED STATES DISTRICT JUDGE**